# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 16-00629-MM7 |
| | § | |
| RW MERDIAN LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald E. Stadtmueller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,300.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $306,192.36 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $182,785.98 | | |

3) Total gross receipts of $500,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $11,021.66 (see **Exhibit 2**), yielded net receipts of $488,978.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $166,332.00 | $166,329.46 | $166,329.46 | $191,061.26 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $182,885.98 | $182,885.98 | $182,785.98 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $113,556.98 | $113,556.98 | $113,556.98 | $115,131.10 |
| **Total Disbursements** | $279,888.98 | $462,772.42 | $462,772.42 | $488,978.34 |

4). This case was originally filed under chapter 7 on 02/08/2016. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2019                    By:   /s/ Ronald E. Stadtmueller
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 58.53 Acre Parcel of Unimproved Land located in the City of Heber, CA, County of Imperial, CA; 054-130-080-000 100% 580, | 1110-000 | $500,000.00 |
| **TOTAL GROSS RECEIPTS** | | $500,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| THE COURT CLERK  OF | Surplus Funds | 8200-002 | $11,021.66 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $11,021.66 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | County of Imperial | 4110-000 | $166,332.00 | $166,329.46 | $166,329.46 | $191,061.26 |
| **TOTAL SECURED CLAIMS** | | | $166,332.00 | $166,329.46 | $166,329.46 | $191,061.26 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Stadtmueller, Trustee | 2100-000 | NA | $27,698.92 | $27,698.92 | $27,698.92 |
| Ronald E. Stadtmueller, Trustee | 2200-000 | NA | $113.08 | $113.08 | $13.08 |
| International Sureties, LTD | 2300-000 | NA | $82.62 | $82.62 | $82.62 |
| title ins. $1665.00, fees $890.89, recording $593.00 | 2500-000 | NA | $3,138.89 | $3,138.89 | $3,138.89 |
| water fees $672.60 less credit to buyer of $182.47 | 2500-000 | NA | $490.13 | $490.13 | $490.13 |
| Independent Bank | 2600-000 | NA | ($229.30) | ($229.30) | ($229.30) |
| Integrity Bank | 2600-000 | NA | $5,477.40 | $5,477.40 | $5,477.40 |

| | | | | | |
|---|---|---|---|---|---|
| $7207.13 less credit to seller of $2154.51 | 2820-000 | NA | $5,052.62 | $5,052.62 | $5,052.62 |
| Franchise Tax Board | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| BRIAN A. KRETSCH, Attorney for Trustee | 3210-000 | NA | $103,968.00 | $103,968.00 | $103,968.00 |
| BRIAN A. KRETSCH, Attorney for Trustee | 3220-000 | NA | $704.06 | $704.06 | $704.06 |
| R. Dean Johnson, Accountant for Trustee | 3410-000 | NA | $4,390.00 | $4,390.00 | $4,390.00 |
| R. Dean Johnson, Accountant for Trustee | 3420-000 | NA | $399.56 | $399.56 | $399.56 |
| commission to realtor, Realtor for Trustee | 3510-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $182,885.98 | $182,885.98 | $182,785.98 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nicole H. Kim | 7100-000 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| 2 | Pitzerwood LLC | 7100-000 | $68,556.98 | $68,556.98 | $68,556.98 | $69,507.31 |
| | Nicole H. Kim | 7990-000 | $0.00 | $0.00 | $0.00 | $623.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $113,556.98 | $113,556.98 | $113,556.98 | $115,131.10 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit 8

| | |
|---|---|
| **Case No.:** | 16-00629-MM7 |
| **Case Name:** | RW MERIDIAN LLC |
| **For the Period Ending:** | 3/14/2019 |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Stadtmueller |
| **Date Filed (f) or Converted (c):** | 02/08/2016 (f) |
| **§341(a) Meeting Date:** | 03/11/2016 |
| **Claims Bar Date:** | 10/13/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | HANMI BANK CHECKING 7913 | $1,300.00 | $0.00 | | $0.00 | FA |
| 2 | 58.53 Acre Parcel of Unimproved Land located in the City of Heber, CA, County of Imperial, CA; 054-130-080-000 100% 580,000.00 Assessed Value | $580,000.00 | $270,257.10 | | $500,000.00 | FA |

| | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $581,300.00 | $270,257.10 | | | $500,000.00 | $0.00 |

### Major Activities affecting case closing:

| | |
|---|---|
| 02/09/2019 | sent unclaimed funds to court |
| 10/08/2018 | final distribution checks cut |
| 09/07/2018 | NFR filed |
| 03/31/2018 | Imperial County's Appeal pending and 1/5/18 Appeal to 9th Cir. acknowledged |
| 01/05/2018 | Imperial County's Appeal to 9th Cir. acknowledged |
| 12/27/2017 | Judgment entered dismissing Imperial Cnty's appeal |
| 12/12/2017 | Tentative Ruling on Interim Comp. App. |
| 12/06/2017 | Reply to Oppo to App for Interim Comp. |
| 11/16/2017 | App for interim compensation filed |
| 07/12/2017 | Order Dismissing Appeal (Amer. Pac. Inv.) entered |
| 06/10/2017 | County of Imperial filed motion to extend time to file their opening brief. |
| 03/10/2017 | rec'd net proceeds from sale of RP |
| 01/19/2017 | appeal argued |
| 08/30/2016 | Pending appeal and motion to issue stay pending appeal. |
| | Motion for Stay hearing set for 9/8/16 |
| 08/24/2016 | TE Counsel filed Application to Employ Real Estate Broker |
| 07/19/2016 | Appeal to BAP filed by Imperial County |
| 07/14/2016 | Memo filed on July, 05, 2016 finding County of Imperial violated automatic stay and must return property to BK estate. |
| 02/24/2016 | Opposition to County of imperial's Motion of Automatic Stay |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2019 |

/s/ RONALD E. STADTMUELLER

RONALD E. STADTMUELLER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 16-00629-MM7 | |
| Case Name: | RW MERIDIAN LLC | |
| Primary Taxpayer ID #: | **-***4661 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/8/2016 | |
| For Period Ending: | 3/14/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Ronald E. Stadtmueller | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******0629 | |
| Account Title: | | |
| Blanket bond (per case limit): | $6,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/10/2017 | | Chicago Title Company | net sale proceeds | * | $270,257.10 | | $270,257.10 |
| | {2} | | gross sales price $500,000.00 | 1110-000 | | | $270,257.10 |
| | | | commission to realtor $(30,000.00) | 3510-000 | | | $270,257.10 |
| | | | paymen to county tax lien $(191,061.26) | 4110-000 | | | $270,257.10 |
| | | | title ins. $1665.00, fees $(3,138.89) $890.89, recording $593.00 | 2500-000 | | | $270,257.10 |
| | | | water fees $672.60 less $(490.13) credit to buyer of $182.47 | 2500-000 | | | $270,257.10 |
| | | | $7207.13 less credit to $(5,052.62) seller of $2154.51 | 2820-000 | | | $270,257.10 |
| 03/10/2017 | 3001 | Franchise Tax Board | 2017 Form 322 #200536110067 | 2820-000 | | $800.00 | $269,457.10 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $322.70 | $269,134.40 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $420.10 | $268,714.30 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $399.18 | $268,315.12 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $385.74 | $267,929.38 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $398.02 | $267,531.36 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $397.43 | $267,133.93 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $384.04 | $266,749.89 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $396.26 | $266,353.63 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $382.92 | $265,970.71 |
| 12/01/2017 | 3002 | International Sureties, LTD | Bond Payment | 2300-000 | | $82.62 | $265,888.09 |
| 12/21/2017 | 3003 | BRIAN A. KRETSCH | partial fees paid per court order #174 | 3210-000 | | $50,000.00 | $215,888.09 |
| 12/21/2017 | 3004 | Ronald E. Stadtmueller | fees per Court Order #174 | 2100-000 | | $19,410.47 | $196,477.62 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $371.32 | $196,106.30 |
| 01/05/2018 | 3005 | BRIAN A. KRETSCH | balance of interim fee award | 3210-000 | | $39,088.00 | $157,018.30 |
| 01/08/2018 | 3006 | BRIAN A. KRETSCH | costs allowed per court order #174 | 3220-000 | | $475.06 | $156,543.24 |
| 01/20/2018 | 3007 | Franchise Tax Board | 2018 Form 3522 #200536110067 | 2820-000 | | $800.00 | $155,743.24 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $276.08 | $155,467.16 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $208.60 | $155,258.56 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $230.65 | $155,027.91 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $222.87 | $154,805.04 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.97 | $154,575.07 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $222.22 | $154,352.85 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.30 | $154,123.55 |
| 08/02/2018 | 3008 | R. Dean Johnson | fees per court order #190 | 3410-000 | | $3,390.00 | $150,733.55 |
| 08/02/2018 | 3009 | R. Dean Johnson | cots per court order #190 | 3420-000 | | $399.56 | $150,333.99 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $36.93 | $150,297.06 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $(36.93) | $150,333.99 |
| 08/06/2018 | 3010 | Ronald E. Stadtmueller | fees per order #193 | 2100-000 | | $8,000.00 | $142,333.99 |
| 08/06/2018 | 3011 | Ronald E. Stadtmueller | costs per 3193 | 2200-000 | | $13.08 | $142,320.91 |
| | | | | SUBTOTALS | $270,257.10 | $127,936.19 | |

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-00629-MM7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | RW MERIDIAN LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4661 | Checking Acct #: | ******0629 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/8/2016 | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 3/14/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 08/06/2018 | 3012 | BRIAN A. KRETSCH | fees per order #192 | 3210-000 | | $14,880.00 | $127,440.91 |
| 08/06/2018 | 3013 | BRIAN A. KRETSCH | costs per order #192 | 3220-000 | | $229.00 | $127,211.91 |
| 08/14/2018 | | Independent Bank | Reverse July bank fee | 2600-000 | | ($229.30) | $127,441.21 |
| 09/26/2018 | 3014 | R. Dean Johnson | up to fees as allowed | 3410-000 | | $1,000.00 | $126,441.21 |
| 10/08/2018 | 3015 | Ronald E. Stadtmueller | Trustee Compensation | 2100-000 | | $288.45 | $126,152.76 |
| 10/08/2018 | 3016 | RW MERDIAN LLC | Account Number: ; Claim #: ; Dividend: 8.71; Distribution Dividend: 100.00; Amount Allowed: 11,021.66; Amount Claimed: 11,021.66; | 8200-002 | | $11,021.66 | $115,131.10 |
| 10/08/2018 | 3017 | Nicole H. Kim | Account Number: ; Claim #: 1; Dividend: 36.08; Distribution Dividend: 100.00; Amount Allowed: 45,000.00; Amount Claimed: 45,000.00; | * | | $45,623.79 | $69,507.31 |
| | | | Claim Amount        $(45,000.00) | 7100-000 | | | $69,507.31 |
| | | | Interest        $(623.79) | 7990-000 | | | $69,507.31 |
| 10/08/2018 | 3018 | Pitzerwood LLC | Account Number: ; Claim #: 2; Dividend: 54.97; Distribution Dividend: 100.00; Amount Allowed: 68,556.98; Amount Claimed: 68,556.98; | * | | $69,507.31 | $0.00 |
| | | | Claim Amount        $(68,556.98) | 7100-000 | | | $0.00 |
| | | | Interest        $(950.33) | 7990-000 | | | $0.00 |
| 02/09/2019 | 3018 | STOP PAYMENT: Pitzerwood LLC | Account Number: ; Claim #: 2; Dividend: 54.97; Distribution Dividend: 100.00; Amount Allowed: 68,556.98; Amount Claimed: 68,556.98; | * | | ($69,507.31) | $69,507.31 |
| | | | Claim Amount        $68,556.98 | 7100-004 | | | $69,507.31 |
| | | | Interest        $950.33 | 7990-004 | | | $69,507.31 |
| 02/09/2019 | 3016 | STOP PAYMENT: RW MERDIAN LLC | Account Number: ; Claim #: ; Dividend: 8.71; Distribution Dividend: 100.00; Amount Allowed: 11,021.66; Amount Claimed: 11,021.66; | 8200-004 | | ($11,021.66) | $80,528.97 |
| 02/09/2019 | 3019 | THE COURT CLERK  OF | surplus funds unclaimed by debtor | 8200-002 | | $11,021.66 | $69,507.31 |
| 02/09/2019 | 3020 | THE COURT CLERK  OF | unclaimed funds, with interest, claim #2 | 7100-000 | | $69,507.31 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $142,320.91 |
|---|---|---|---|---|---|---|

Page No: 3

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 16-00629-MM7 |
| **Case Name:** | RW MERIDIAN LLC |
| **Primary Taxpayer ID #:** | **-***4661 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/8/2016 |
| **For Period Ending:** | 3/14/2019 |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Stadtmueller |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0629 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $6,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $270,257.10 | $270,257.10 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $270,257.10 | $270,257.10 | |
| | | | **Less: Payments to debtors** | | $0.00 | $11,021.66 | |
| | | | **Net** | | $270,257.10 | $259,235.44 | |

**For the period of  2/8/2016 to 3/14/2019**

| | |
|---|---|
| Total Compensable Receipts: | $500,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $477,956.68 |
| Total Non-Compensable Disbursements: | $22,043.32 |
| Total Comp/Non Comp  Disbursements: | $500,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/01/2017 to 3/14/2019**

| | |
|---|---|
| Total Compensable Receipts: | $500,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $477,956.68 |
| Total Non-Compensable Disbursements: | $22,043.32 |
| Total Comp/Non Comp  Disbursements: | $500,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 4

## FORM 2

Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-00629-MM7 | |
| **Case Name:** | RW MERIDIAN LLC | |
| **Primary Taxpayer ID #:** | **-***4661 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/8/2016 | |
| **For Period Ending:** | 3/14/2019 | |

| | | |
|---|---|---|
| **Trustee Name:** | Ronald E. Stadtmueller | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******0629 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $6,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $270,257.10 | $270,257.10 | $0.00 |

**For the period of 2/8/2016 to 3/14/2019**

| | |
|---|---|
| Total Compensable Receipts: | $500,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $477,956.68 |
| Total Non-Compensable Disbursements: | $22,043.32 |
| Total Comp/Non Comp Disbursements: | $500,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/08/2016 to 3/14/2019**

| | |
|---|---|
| Total Compensable Receipts: | $500,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $477,956.68 |
| Total Non-Compensable Disbursements: | $22,043.32 |
| Total Comp/Non Comp Disbursements: | $500,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. STADTMUELLER

RONALD E. STADTMUELLER